**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

| | |
|---|---|
| Docket Number(s): U.S.C.A. 15-1377 | Caption [use short title] |
| Motion for: Enlargement of the Record and/or for the Court to take Judicial Notice of DVD of "Planet Fitness" Commercial. | YAA ASANTE-ADDAE<br>Plaintiff<br>VS |
| Set forth below precise, complete statement of relief sought:<br>Appellant requests this court to enlarge the record and take judicial notice of the attached DVD of the Planet Fitness commercial. Although "screen shots" and a link to the commercial are in the record, the actor's accent is a crucial element of her claims and a DVD will provide better listening access to the Court. | SODEXO, INC.<br>Defendant. |

MOVING PARTY: Yaa Asante                          OPPOSING PARTY: Sodexo, Inc.
[✓] Plaintiff        [ ] Defendant
[✓] Appellant/Petitioner   [ ] Appellee/Respondent

MOVING ATTORNEY: Maria K. Tougas, Esquire         OPPOSING ATTORNEY: John Stretton, Esquire
[name of attorney, with firm, address, phone number and e-mail]

Jacobs, Walker, Rice & Barry, LLC                 Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
146 Main Street, P.O. Box 480, Manchester CT 06045   Two Stamford Plaza, 281 Tresser Blvd, Stamford, CT 06901
860-646-0121; mtougas@jwrb.com                    877-227-3928; john.stretton@ogletreedeakins.com

Court-Judge/Agency appealed from: U.S. District Court- District of Connecticut- Judge Bryant

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):_____

Opposing counsel's position on motion:
[ ] Unopposed [✓] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✓] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?    [ ] Yes [ ] No
Has this relief been previously sought in this Court?  [ ] Yes [ ] No
Requested return date and explanation of emergency:_____

Is oral argument on motion requested?  [ ] Yes [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [✓] No  If yes, enter date:_____

Signature of Moving Attorney:
Maria K. Tougas           Date: June 2, 2015        Service by: [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Yaa Asante-Addae<br>　　　Plaintiff,<br><br>vs<br><br>Sodexo, Inc.<br>　　　Defendant | U.S.C.A. 15-1377 |

AFFIDAVIT

MARIA K Tougas, having been duly sworn, does depose and state under oath as follows:

1. I am over the age of eighteen (18) years and understand and believe in the obligations of an oath.

2. I am a partner at the law firm of Jacobs, Walker, Rice & Barry and am the primary attorney who is primarily responsible for the above-captioned case.

3. The record contains only contains copies of screen shots of a Planet Fitness Commercial whose content is a critical aspect of the Appellant's argument in this Appeal.

4. The argument has to do with the mocking of Appellant's accent by employees that she supervised, by imitating the accent of an actor in the commercial repeating the phrase "I lift things up and put them down" in the same accent that the appellant speaks in.

1

5. Although there is a link to a "youtube" version of the commercial referenced within documents already contained in the Record, it will not allow the Court immediate access to the commercial and Counsel has been advised that inserting internet links in documents submitted to the Court is not a recommended practice.

6. Counsel has a good faith belief that submitting the DVD will facilitate the Court's ability to access and listen to the commercial, in connection with the consideration of the Appellant's arguments in this appeal.

7. Counsel has a good faith belief that the Court may deem it necessary to review the DVD for purposes of hearing the accent in connection with the Appellant's arguments.

8. The foregoing is true and accurate to the best of my knowledge and belief.

Dated at Manchester, Connecticut this 4th day of June 2015

_____
Maria K. Tougas, Esquire

Subscribed and Sworn to before me this 4th day of June, 2015.

_____
Notary Public
My Commission Expires:
ALEXANDRA B. RICEVIENS
*NOTARY PUBLIC*
MY COMMISSION EXPIRES DEC. 31, 2016

2