UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of June, two thousand fifteen.

_____

  Yaa Asante-Addae,

  Plaintiff-Appellant,

        v.

  Sodexo, Inc.,

  Defendant-Appellee.

_____

**ORDER**
Docket No. 15-1377

    Appellant has filed a motion to enlarge the record and/or for the Court to take judicial notice of a DVD of the "Planet Fitness" commercial.

    IT IS HEREBY ORDERED the motion is REFERRED to the panel that will determine the merits of the appeal.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court